In the Matter of the Application of EDWARD W. EARDLEY for Admission to Practice as an Attorney. (From the State of West Virginia.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Application of JAMES B. GRAY for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Application of JAMES DUNCAN RITCHIE for Admission to Practice as an Attorney. (From the State of Michigan.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Application of BERNARD JOSEPH RUBENSTEIN for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.